**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RHONDA PAUL,

              Plaintiff,              CIVIL ACTION NO: 04CV-72420

v.

WAYNE STATE UNIVERSITY,

              Defendants
_____ /

### ORDER OF DISMISSAL

At a session of said Court, held in the
U.S. Courthouse and Federal Building,
at Detroit, Michigan, on June 30, 2005

PRESENT:    HONORABLE ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel that the above-entitled action has been settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

                                              s/Robert H. Cleland
                                             **ROBERT H. CLELAND**
                                             **UNITED STATES DISTRICT JUDGE**

**Dated: June 30, 2005**